IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STEVEN ERIC BENZER,** | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. **3:13-CV-483-L-BN** |
| **CITY OF CARROLLTON, TEXAS**, et al., | § § § | |
| Defendants. | § | |

## ORDER

This case was referred to Magistrate David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 17, 2013, recommending that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. No objections were filed to the Report.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **dismisses** this action **without prejudice** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and follow court orders.

**It is so ordered** this 7th day of June, 2013.

*[signature]*
Sam A. Lindsay
United States District Judge

Order –Solo Page